**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| AMOS BAILEY,<br><br>       Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC<br><br>       Defendant. | Case No. 2:19-cv-00155-MMD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Amos Bailey ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, hereby file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On January 28, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is February 19, 2019. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. Plaintiff's allegations involve a prior bankruptcy filing and discharge, a mortgage account that dates back many years, and the credit reporting interplay between the two.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

KB/26057

Trans Union requests the additional time so that it may meaningfully respond to the specific

allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise

respond to Plaintiff's Complaint up to and including March 12, 2019. This is the first stipulation for

extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this <u>12th</u> day of February, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
_____
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

//S// Shawn W. Miller
_____
David H. Krieger, Nevada Bar No. 9086
Shawn W. Miller, Esq., Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

**<u>ORDER</u>**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or

otherwise respond is so ORDERED AND ADJUDGED.

Dated this <u>13</u> day of <u>February</u>, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

KB/26057

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000