**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| AMOS BAILEY,<br><br>        Plaintiff,<br>v.<br><br>TRANSUNION, LLC<br><br>        Defendant. | Case No. 2:19-cv-00155-MMD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff Amos Bailey ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, hereby file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

On March 26, 2019, Plaintiff filed his First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is April 9, 2019. Trans Union needs additional time to review the documents relating to Plaintiff's claims and to respond to the allegations in Plaintiff's First Amended Complaint. Counsel for Plaintiff and Trans Union have also engaged in preliminary settlement discussions and believe the additional time may allow them to bring this matter to resolution.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Counsel for Plaintiff and Trans Union conferenced via email on April 4, 2019, and agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including April 23, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint.

Dated this 8th day of April, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

//S// Shawn W. Miller
David H. Krieger, Nevada Bar No. 9086
Shawn W. Miller, Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Email: smiller@hainesandkrieger.com
***Counsel for Plaintiff***

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __9__ day of __April__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2

KB/26057