**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

-*-

| | |
|---|---|
| AMOS BAILEY,<br><br>　　　　　Plaintiff,<br>v.<br><br>TRANSUNION, LLC<br><br>　　　　　Defendant. | Case No. 2:19-cv-00155-MMD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (SECOND REQUEST)** |

　　　　Plaintiff Amos Bailey ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, hereby file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

　　　　On March 26, 2019, Plaintiff filed his First Amended Complaint. On April 8, 2019, Plaintiff and Trans Union filed their First Joint Stipulation Extending Trans Union's Time to File and Answer or Otherwise Respond to Plaintiff's First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is April 23, 2019. Counsel for Plaintiff and Trans Union have engaged in significant settlement discussions and believe the additional time may allow them to bring this matter to resolution.

　　　　Counsel for Plaintiff and Trans Union conferred via email on April 22, 2019, and agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Amended Complaint up to and including May 7, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint

Dated this 22nd day of April, 2019

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**

//S// Shawn W. Miller
David H. Krieger, Nevada Bar No. 9086
Shawn W. Miller, Nevada Bar No. 7825
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
Email: smiller@hainesandkrieger.com
***Counsel for Plaintiff***

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 23 day of April, 2019

_____
UNITED STATES MAGISTRATE JUDGE