# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMOS BAILEY, | Case No. 2:19-cv-00155-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| TRANS UNION, LLC, | |
| Defendant. | |

On June 25, 2019, the parties notified the court of a settlement. (Joint Status Report (ECF No. 32).) The court then ordered the parties to submit dismissal documents or a joint status report by July 25, 2019. (Min. Order (ECF No. 22).) To date, the parties have not complied with the court's order.

IT IS THEREFORE ORDERED that the parties must file a stipulated dismissal or a joint status report within 30 days from the date of this order. Failure to comply with this order will result in an order to show cause.

DATED: July 29, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE