David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMOS BAILEY, | ) Case No. 2:19-cv-00155-MMD-CWH )  ) |
| Plaintiff, | ) ) |
| v. | ) **STIPULATION AND ORDER** ) **DISMISSING ACTION WITH** |
| TRANSUNION, LLC, | ) **PREJUDICE** ) ) |
| Defendant. | ) ) |

**STIPULATION**

Plaintiff AMOS BAILEY and TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice as to, and only as to, TRANSUNION,

…

…

…

…

…

…

…

…

…

…

LLC in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: August 5, 2019

By: /s/David Krieger, Esq.
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By: /s/ Trevor R. Waite, Esq.
Trevor R. Waite, Esq.
Nevada Bar No. 13779
ALVERSON, TAYLOR, MORTENSEN & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
Attorney for Defendant

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 7, 2019